UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| FREDERICK A. CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:11CV0025 JCH |
| ) | |
| DAVID A. ALMHVELD, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of its record, the Court notes that the file contains no proof of service upon defendant Monson Trucking, Inc. The file only contains a special entry of appearance of counsel on behalf of Monson Trucking, Inc. for purposes of challenging service of process (ECF No. 9). Counsel for Monson Trucking, Inc. notes that it was not served in accordance with the federal rules (ECF No. 10).

Accordingly,

**IT IS HEREBY ORDERED** that, Plaintiff is granted fourteen (14) days from the date of this Order, to serve Defendant Monson Trucking, Inc. in accordance with the federal rules or it will be dismissed from this litigation.

Dated this   19th   day of September, 2011.


/s/Jean C. Hamilton

UNITED STATES DISTRICT JUDGE